

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-17-00197-CV

Francisco **SANCHEZ**, Jr.,
Appellant

v.

**TEXAS A&M UNIVERSITY**- San Antonio,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06141
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice (not participating)
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the Appellant's Motion for Rehearing En Banc and the motion is hereby DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court